IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANDRE JUSTE,

    Plaintiff,

v.      Civil Action No. **3:17CV217**

JOHN F. KERRY, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a federal detainee proceeding *pro se* and *in forma pauperis*, filed this action. Courts must liberally construe *pro se* civil rights complaints in order to address constitutional deprivations. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). Nevertheless, "[p]rinciples requiring generous construction of *pro se* complaints are not . . . without limits." *Beaudett v. City of Hampton*, 775 F.2d 1274, 1278 (4th Cir. 1985). Plaintiff's current allegations fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on August 31, 2017, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the August 31, 2017 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond

to the Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Plaintiff's outstanding motion (ECF No. 5) will be DENIED.

An appropriate order will accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/25/17
Richmond, Virginia